425 A.2d 742

COMMONWEALTH of Pennsylvania

v.

**Anthony COLTRANE, Appellant.**

Supreme Court of Pennsylvania.

Argued Jan. 20, 1981.

Decided Feb. 27, 1981.

Barry H. Denker, Mary McNeill Greenwell, Philadelphia, for appellant.

Robert B. Lawler, Chief, Appeals Div., Asst. Dist. Atty., Cynthia Severinsen, Asst. Dist. Atty., for appellee.

Before ROBERTS, NIX, LARSEN, FLAHERTY and KAUFFMAN, JJ.

## OPINION OF THE COURT

PER CURIAM:

The Judgments of Sentence of the Court of Common Pleas of Philadelphia are affirmed.

O'BRIEN, C. J., did not participate in the consideration or decision of this case.